UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                               ) | |
|                    Plaintiff,                        ) | Case No. 06-231M |
|                                                               ) | |
|           v.                                              ) | |
|                                                               ) | DETENTION ORDER |
| HEE CHAN RYOU,                             ) | |
|                                                               ) | |
|                    Defendant.                    ) | |
| _____ ) | |

Offense charged:

Conspiracy to Commit False Use of Passport and Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2.

Date of Detention Hearing: May 16, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has no ties to this community or to the Western District of Washington.

(2)    Defendant was born in and is a citizen of South Korea.

DETENTION ORDER                                                                                                15.13
18 U.S.C. § 3142(i)                                                                                              Rev. 1/91
PAGE 1

(3) Because defendant has many friends, both parents, and five brothers residing in Korea, defendant is viewed as a risk of flight.

(4) Defendant has little reason to avoid fleeing jurisdiction.

(5) There are no conditions or combination of conditions other than detention that will ensure the appearance of the defendant in court.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of May, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge